**No. 10-9063. Lorenzo Tavarez, Petitioner v. United States.**

562 U.S. 1301, 131 S. Ct. 1713, 179 L. Ed. 2d 642, 2011 U.S. LEXIS 2139.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 626 F.3d 902.

**No. 10-9068. Matthew Evans, Petitioner v. United States.**

562 U.S. 1301, 131 S. Ct. 1713, 179 L. Ed. 2d 642, 2011 U.S. LEXIS 2286.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-9075. Antonio D. Oesby, Petitioner v. United States.**

562 U.S. 1301, 131 S. Ct. 1713, 179 L. Ed. 2d 642, 2011 U.S. LEXIS 2132, ■

March 21, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

**No. 10-9077. Sealed Appellant, Petitioner v. Sealed Appellee.**

562 U.S. 1301, 131 S. Ct. 1713, 179 L. Ed. 2d 642, 2011 U.S. LEXIS 2197.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9079. Willie Jerome Parks, Petitioner v. United States.**

562 U.S. 1301, 131 S. Ct. 1713, 179 L. Ed. 2d 642, 2011 U.S. LEXIS 2170.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 399 Fed. Appx. 446.

**No. 10-9080. Joshua Kistler, Petitioner v. United States.**

562 U.S. 1301, 131 S. Ct. 1713, 179 L. Ed. 2d 642, 2011 U.S. LEXIS 2181.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 412 Fed. Appx. 1.

**No. 10-9081. Leroy Herschel Luckey, Petitioner v. United States.**

562 U.S. 1301, 131 S. Ct. 1714, 179 L. Ed. 2d 642, 2011 U.S. LEXIS 2191.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 402 Fed. Appx. 889.

**No. 10-9086. Alander Jacob, Petitioner v. United States.**

562 U.S. 1301, 131 S. Ct. 1714, 179 L. Ed. 2d 642, 2011 U.S. LEXIS 2208.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.